**Electronically Filed
Supreme Court
SCWC-14-0001352
13-FEB-2018
02:54 PM**

SCWC-14-0001352

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DANIEL IBBETSON,
Respondent/Plaintiff/Counter-Defendant/Appellee,

vs.

DEAN KAIAWE,
Petitioner/Defendant/Counterclaimant/Third-Party
Plaintiff/Appellant,

vs.

HAWAII CONFERENCE FOUNDATION, a Hawaii nonprofit corporation,
and DEPARTMENT OF PUBLIC WORKS, COUNTY OF HAWAII, a municipal
corporation, Respondents/Third-Party Defendants/Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001352; CIV. NO. 06-1-015K)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant/Counterclaimant/Third-Party

Plaintiff-Appellant Dean Kaiawe's application for writ of

certiorari, filed on December 22, 2017, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case.  Any party may, within ten days and pursuant to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, February 13, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

